UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BERNAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO COUNTY SHERIFF DEPARTMENT, et al.,<br><br>Defendants. | No. 2:19-cv-00482-MCE-AC<br><br>**ORDER** |

Plaintiffs' unopposed Motion for Leave to File First Amended Complaint (ECF No. 7) is GRANTED. Plaintiff is directed to file the Amended Complaint not later than five (5) days following the date this Order is electronically filed and to comply with Fed. R. Civ. P. Rule 5, Local Rules 137, 200, and 220.

IT IS SO ORDERED.

DATED: November 19, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1