LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendants, COUNTY OF SACRAMENTO (erroneously sued as Sacramento County Sheriff's Department), SACRAMENTO COUNTY SHERIFF SCOTT JONES, DEPUTY COUCH, DEPUTY WINKEL, DEPUTY KENNEDY, DEPUTY SUTTER, DEPUTY CHHLANG, DEPUTY BLISS, AND DEPUTY QUACKENBUSH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM BERNAL AND CELIA BERNAL, <br><br> Plaintiffs, <br><br> vs. <br><br> SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SACRAMENTO COUNTY SHERIFF SCOTT JONES, SACRAMENTO COUNTY SHERIFF DEPUTY COUCH, SACRAMENTO COUNTY SHERIFF DEPUTY WINKEL, SACRAMENTO COUNTY SHERIFF DEPUTY KENNEDY, SACRAMENTO COUNTY SHERIFF DEPUTY SUTTER, SACRAMENTO COUNTY SHERIFF DEPUTY CHHLANG, SACRAMENTO COUNTY SHERIFF DEPUTY BLISS, SACRAMENTO COUNTY SHERIFF DEPUTY QUACKENBUSH, SACRAMENTO COUNTY SHERIFF DEPUTIES JOHN DOES #1 THROUGH 20, <br><br> RANCHO CORDOVA POLICE DEPARTMENT, RANCHO CORDOVA POLICE DEPARTMENT EMPLOYEES JOHN DOES #21 THROUGH 40, <br><br> FOLSOM POLICE DEPARTMENT, FOLSOM POLICE OFFICER BRADSHAW, FOLSOM POLICE DEPARTMENT EMPLOYEES JOHN DOES #41 THROUGH 60. <br><br> Defendants. | Case No.: 2:19-CV-00482-MCE-AC <br><br> **ORDER REGARDING JOINT STATUS REPORT AND DISCOVERY PLAN** |

Plaintiffs William and Celia Bernal ("Plaintiffs") and Defendants Sacramento County Sheriff's Department, Sacramento County Sheriff Scott Jones, Sacramento County Sheriff Deputy Couch, Sacramento County Sheriff Deputy Winkel, Sacramento County Sheriff Deputy Kennedy, Sacramento County Sheriff Deputy Sutter, Sacramento County Sheriff Deputy Chhlang, Sacramento County Sheriff Deputy Bliss, Sacramento County Sheriff Deputy Quackenbush ("Defendants") respectfully submit this proposed order in accordance with the stipulations contained in their Joint Status Report and Discovery Plan (ECF No. 14). Due to uncertainties regarding the appearances of other parties to the case, Plaintiffs and Defendants believe it is necessary to extend various deadlines pertaining to discovery and dispositive motions. Specifically, the Plaintiffs and Defendants agree to the following deadlines in this case:

- Expert witness disclosure in accordance with Federal Rule of Civil Procedure 26 (a)(2) shall be served on or before **December 4, 2020**.
- Supplemental expert disclosure shall be served on or before 30 days after initial expert disclosure.
- Expert discovery shall be completed 30 days after supplemental experts are disclosed.
- Fact discovery shall be completed by **October 23, 2020**.
- Dispositive motions shall be filed no later than 180 days after the close of non-expert discovery.

Because this is jointly agreed to by Plaintiffs and Defendants, there is no risk of prejudice to any party in this case or bad faith.

///
///
///
///
///
///
///
///

Dated: March 5, 2020				LONGYEAR & LAVRA, LLP


						By: /s/ Nicole M. Cahill
							VAN LONGYEAR
							NICOLE M. CAHILL
							Attorneys for Defendants, County of
							Sacramento (erroneously sued as
							Sacramento County Sheriff's Department),
							Sacramento County Sheriff Scott Jones,
							Deputy Couch, Deputy Winkel, Deputy
							Kennedy, Deputy Sutter, Deputy Chhlang,
							Deputy Bliss, and Deputy Quackenbush


Dated: March 5, 2020				BECKER LAW PRACTICE


						By: /s/ Matthew Becker [authorized as of 3-5-20]
							MATTHEW BECKER
							Attorneys for Plaintiffs,
							William Bernal and Celia Bernal

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that:

1. The stipulation and request to extend various deadlines contained in Plaintiffs and Defendants' Joint Status Report and Discovery Plan (ECF No. 14) is granted; and

2. Expert witness disclosure in accordance with Federal Rule of Civil Procedure 26 (a)(2) shall be served on or before **December 4, 2020**;

3. Supplemental expert disclosure shall be served on or before 30 days after initial expert disclosure;

4. Expert discovery shall be completed 30 days after supplemental experts are disclosed;

5. Fact discovery shall be completed by **October 23, 2020**;

6. Dispositive motions shall be filed no later than 180 days after the close of non-expert discovery.

IT IS SO ORDERED.

Dated: March 11, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE