UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BERNAL, et al., | No. 2:19-cv-00482-MCE-AC |
| Plaintiffs, | |
| v. | **ORDER** |
| SACRAMENTO COUNTY SHERIFF DEPARTMENT, et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's Motion for Extension of Time to Conduct Non-Expert Discovery.[1] ECF No. 18. Good cause having been shown, that Motion is GRANTED. The discovery cutoff, which the exception of fact discovery, shall hereby be extended to a date not later than sixty (60) days following the date this Order is electronically filed. No further extensions will be granted.

IT IS SO ORDERED.

Dated: April 6, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not have been of material assistance, the Court ordered this matter submitted on the briefs. See E.D. Cal. Local R. 230(g).

1