UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BERNAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO COUNTY SHERIFF DEPARTMENT, et al.,<br><br>Defendants. | No.  2:19-cv-00482-MCE-AC<br><br>**AMENDED ORDER** |

Presently before the Court is Plaintiff's Motion for Extension of Time to Conduct Non-Expert Discovery.[1]  ECF No. 18.  Good cause having been shown, that Motion is GRANTED.  The discovery cutoff, with the exception of expert discovery, shall hereby be extended to a date not later than sixty (60) days following the date this Order is electronically filed.  All remaining dates shall be calculated based on this continued date as set forth in the Court's Initial Pretrial Scheduling Order, ECF No. 4.  No further extensions will be granted.

IT IS SO ORDERED.

Dated:  April 6, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not have been of material assistance, the Court ordered this matter submitted on the briefs.  See E.D. Cal. Local R. 230(g).

1