UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BERNAL, et al., | No. 2:19-cv-00482-MCE-AC |
| Plaintiffs, | |
| v. | **ORDER** |
| SACRAMENTO COUNTY SHERIFF DEPARTMENT, et al., | |
| Defendants. | |

On April 4, 2022, this Court signed a Memorandum and Order (docketed April 5, 2022, at ECF No. 32) granting a Motion for Summary Judgment filed by the County of Sacramento ("County") (erroneously sued as the Sacramento Sheriff's Department), Sacramento County Sheriff Scott Jones, and Sacramento County Sheriff's Deputies Couch, Winkel, Kennedy, Sutter, Chhlang, Bliss, and Quackenbush (collectively "Moving Defendants").  That Memorandum and Order disposed of all claims against the Moving Defendants.

In that decision, however, the Court also held:

> Plaintiffs name various additional entities and individuals as defendants as well. The docket does not reflect that any of these additional defendants have appeared. Accordingly, not later than ten (10) days following the date this Memorandum and Order is electronically filed, Plaintiffs are ordered to show

1

cause in writing why their claims against the non-moving Defendants should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

ECF No. 32 at 2 n.2, 11.  More than ten days have passed and to date, no response has been filed.  Accordingly, this action is DISMISSED with prejudice as to all other parties under Federal Rule of Civil Procedure 41(b) for failure to follow the applicable rules and orders of this Court.  The Clerk of the Court is directed to enter judgment in this case and to close the case.

     IT IS SO ORDERED.

DATED:  June 27, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE