1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Bernal, and Celia Bern<br><br>Plaintiffs,<br><br>vs.<br><br>Sacramento County Sheriff Department,<br>Sacramento County Sheriff Scott Jones,<br>Sacramento County Sheriff Sgt Couch #188,<br>Sacramento County Sheriff Deputy Winkel #553,<br>Sacramento County Sheriff Deputy Kennedy #380,<br>Sacramento County Sheriff Deputy Sutter #496,<br>Sacramento County Sheriff Deputy Chhlang #1399,<br>Sacramento County Sheriff Deputy Bliss #861,<br>Sacramento County Sheriff Deputy Quackenbush #1296,<br>Sacramento County Sheriff Deputies John Does # 1 through 20,<br><br>Rancho Cordova Police Department,<br>Rancho Cordova Police Department Employees John Does # 21 through 40,<br><br>Folsom Police Department,<br>Folsom Police Officer Bradshaw,<br>Folsom Police Department Employees John Does # 41 through 60.<br><br>Defendants. | Case: 2:19-cv-482-MCE-AC<br><br>**ORDER STAYING AWARD OF ATTORNEY FEES PENDING APPEALS** |

Page **1** of **2**

ORDER STAYING ATTORNEY FEE AWARD (ECF 47)
2:19-cv-00482-MCE-AC – Bernal v. Sacramento County Sheriff Department et al.

Good cause having been shown in the stipulation, the COURT ORDERS that the award of attorney fees in ECF 47 is STAYED until outcomes of the appeals referred to in the stipulation are final.

IT IS SO ORDERED.

Dated: May 4, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Page **2** of **2**

ORDER STAYING ATTORNEY FEE AWARD (ECF 47)
2:19-cv-00482-MCE-AC – Bernal v. Sacramento County Sheriff Department et al.