UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **FILED** | |
| JUL 07 2023 | |
| MOLLY C. DWYER, CLERK U.S. COURT OF APPEALS | |

WILLIAM BERNAL and CELIA BERNAL,

          Plaintiffs - Appellants,

  v.

SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; et al.,

          Defendants - Appellees.

No. 22-15690

D.C. No. 2:19-cv-00482-MCE-AC
U.S. District Court for Eastern California, Sacramento

**ORDER**

At the direction of the Court, the parties shall bear their own costs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT