UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 31 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM BERNAL and CELIA BERNAL,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; et al.,<br><br>　　　　Defendants - Appellees. | No. 22-15690<br><br>D.C. No. 2:19-cv-00482-MCE-AC<br>U.S. District Court for Eastern California, Sacramento<br><br>**MANDATE** |

　　　The judgment of this Court, entered July 07, 2023, takes effect this date.

　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 07 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM BERNAL and CELIA BERNAL,<br><br>            Plaintiffs - Appellants,<br><br>   v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; et al.,<br><br>            Defendants - Appellees. | No. 22-15690<br><br>D.C. No. 2:19-cv-00482-MCE-AC<br>U.S. District Court for Eastern California, Sacramento<br><br>**ORDER** |

At the direction of the Court, the parties shall bear their own costs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT