|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 26 2023 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

| | |
|---|---|
| WILLIAM BERNAL; CELIA BERNAL, | No. 23-15548 |
| Plaintiffs-Appellants, | D.C. No. 2:19-cv-00482-MCE-AC |
| MATTHEW BECKER, Counsel for Plaintiffs, | Eastern District of California, Sacramento |
| Appellant, | ORDER |
| v. | |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; et al., | |
| Defendants-Appellees. | |

Before: W. FLETCHER, CALLAHAN, and BENNETT, Circuit Judges.

The joint motion to vacate the district court's order on attorney fees and remand (Docket Entry No. 11) is granted. This appeal is remanded to the district court for further proceedings.

The joint motion to stay the briefing schedule (Docket Entry No. 10) is denied as moot.

**VACATED and REMANDED.**

OSA105