UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

WILLIAM BERNAL and CELIA BERNAL,

        Plaintiffs - Appellants,

MATTHEW BECKER, Counsel for Plaintiffs,

        Appellant,

  v.

SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; et al.,

        Defendants - Appellees.

No. 23-15548

D.C. No. 2:19-cv-00482-MCE-AC
U.S. District Court for Eastern California, Sacramento

**MANDATE**

---

The judgment of this Court, entered October 26, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 26 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM BERNAL; CELIA BERNAL, Plaintiffs-Appellants, MATTHEW BECKER, Counsel for Plaintiffs, Appellant, v. SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; et al., Defendants-Appellees. | No. 23-15548 D.C. No. 2:19-cv-00482-MCE-AC Eastern District of California, Sacramento ORDER |

Before: W. FLETCHER, CALLAHAN, and BENNETT, Circuit Judges.

The joint motion to vacate the district court's order on attorney fees and remand (Docket Entry No. 11) is granted. This appeal is remanded to the district court for further proceedings.

The joint motion to stay the briefing schedule (Docket Entry No. 10) is denied as moot.

**VACATED and REMANDED.**

OSA105