LONGYEAR, LAVRA & CAHILL, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
Denny Yu, CSB No.: 345213
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
        cahill@longyearlaw.com
        yu@longyearlaw.com

Attorneys for Defendants,
Deputy Chhlang and Deputy Bliss

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM BERNAL AND CELIA BERNAL, ) | Case No.: 2:19-CV-00482-DC-AC |
| Plaintiffs, ) | ~~PROPOSED~~ **ORDER REGARDING DEPOSITION OF DEFENDANTS' EXPERT PETER SALAMON, M.D.** |
| vs. ) | |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED that the Parties may take the video deposition of Dr. Peter Salamon on March 20, 2026 at 9:30 a.m. by Zoom.  Such testimony may be used in lieu of live testimony at the time of trial.


IT IS SO ORDERED.

Dated:    **March 9, 2026**

_____
Dena Coggins
United States District Judge