**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE DENA M. COGGINS**


WILLIAM BERNAL, et al.,                     No. 2:19-CV-00482-DC-AC

      Plaintiffs,

                            **MINUTES**

   v.

SACRAMENTO COUNTY SHERIFF                    Date: April 15, 2026
DEPARTMENT,

      Defendants.
_____/


**Courtroom Deputy**:   C. Schultz

**Court Reporter**:     Kimberly Bennett

**Counsel for Plaintiff, William Bernal**:

Matthew Becker

**Counsel for Defendants Chhlang and Bliss**:

Nicole Cahill
Denny Yu

**JURY TRIAL (Day 3)**:

  9:10 a.m.    Attorneys present as noted above. Plaintiff, William Bernal, present. Defendant, Neay Chhlang, present. Outside the presence of the Jury, the court and counsel discussed matters related to trial. Without objection from Plaintiff, the court GRANTED Defendants' Request to Seal filed at Doc. No. 166. For the reasons as stated on the record, the court GRANTED Defendants' Request to Permit Remote Testimony, filed at Doc. No. 165, and ORDERED that Defendant Craig Bliss will be allowed to appear remotely.

9:25 a.m.      Jury present. Plaintiff's witness, William Bernal, present. Jury present. Ms. Cahill continued her cross examination.

10:00 a.m.     Mr. Becker began redirect examination of the witness.

10:25 a.m.     Ms. Cahill began re-cross examination of the witness.

10:30 a.m.     Witness excused.  The court excused the Jury for a morning break. Outside the presence of the Jury, the court and counsel briefly discussed matters related to trial.

10:35 a.m.     All parties were excused for a morning break.

10:55 a.m.     Court back in session. All parties present, except Defendant Craig Bliss. Jury present. Plaintiff's witness, Neay Chhlang, was sworn and testified on direct.

12:20 p.m.     The court excused the Jury for an afternoon break. The witness was excused for an afternoon break. Outside the presence of the Jury, the court and counsel briefly discussed matters related to trial.

12:25 p.m.     All parties were excused for an afternoon break.

12:50 p.m.     Court back in session. All parties present, except Defendant Craig Bliss. Plaintiff's Witness, Neay Chhlang, present. Jury present. Ms. Cahill began cross examination and direct examination of the witness.

1:20 p.m.      Mr. Becker began redirect and cross examination of the witness.

1:29 p.m.      Witness excused. The court excused the Jury for another afternoon break. Outside the presence of the Jury, the court and counsel briefly discussed matters related to trial.

1:30 p.m.      All parties were excused for another afternoon break.

1:40 p.m.      Court back in session. All parties present, including Defendant Craig Bliss (appearing remotely). Jury present. Plaintiff's witness, Craig Bliss, was sworn and testified on direct.

2:00 p.m.    Witness excused for the evening recess.  The court admonished and excused the Jury until 9:00 a.m. on April 16, 2026. Outside the presence of the witness and Jury, the court and counsel discussed matters related to trial.

2:15 p.m.    All parties excused for the evening recess. Jury Trial (Day 4) set for April 16, 2026, at 9:00 a.m.

**ADMITTED EXHIBITS:**

N/A

**TIME IN COURT**: 4 Hours, 10 Minutes